UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

BANKY ADEBANJO,
   a/k/a "Kurt Konigsberger,"
   a/k/a "Bankole Adetayo,"

      Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 816 (LAP)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By:   /s/ Margaret Garnett
       Margaret Garnett
       Assistant United States Attorney
       (212) 637-2520