

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

April 15, 2008

**BY FACSIMILE**

Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Banky Adebanjo, 07 Cr. 816 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter to request an exclusion of time under the Speedy Trial Act in this matter. The next conference was originally scheduled for Wednesday, April 16, 2008, at 4:00 p.m., but was moved to 10:00 a.m. due to a conflict in the Court's calendar. However, defense counsel is not available at 10:00 a.m., and so the conference was re-scheduled to Tuesday, April 29, 2008, at 12:30 p.m. As the Government and defense counsel are continuing to discuss a possible disposition in this matter in the interim, the Government respectfully requests that the Court exclude the time between April 16 and April 29, 2008, from Speedy Trial clock calculations. Mr. Toumbekis does not object to the exclusion of time.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 17, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

cc: Peter Toumbekis, Esq.

TOTAL P.002