

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2008

**BY FACSIMILE**

Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY 10007

        Re:    United States v. Banky Adebanjo, 07 Cr. 816 (LAP)

Dear Judge Preska:

        The Government respectfully submits this letter to propose a jointly-agreed schedule for motions in this matter. The defendant will file any motions no later than July 3, 2008. The Government will file any responsive briefing no later than July 21, 2008. The defendant will file reply briefing, if any, no later than July 28, 2008. Your Honor's deputy clerk informed the parties that August 11, 2008, at 10:00 a.m. is a date and time convenient to the Court for oral argument, and both parties are available at that date and time. The Government respectfully requests that the Court exclude the time between today's date and August 11, 2008, from Speedy Trial clock calculations, in order to allow defense counsel time to consider and prepare any defense motions, as well as allowing adequate time for both sides to fully brief any such motions. Mr. Toumbekis consents to the exclusion of time.

        Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 5, 2008

cc: Peter Toumbekis, Esq.