*Heller & Heller*
*Attorneys at Law*

Louis B. Heller (1905-1993)
Justice New York State Supreme Court
Harry Heller (1907-1980)
Mark Jay Heller
Michael David Heller
Elizabeth Jennifer Heller
Rachel Elysee Heller
Legal Assistant

425 Park Avenue
New York, NY 10022
(212) 737-4490

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

June 25, 2008

VIA FACSIMILE
AND FIRST CLASS MAIL
United States Courthouse
Hon. Loretta A. Preska
500 Pearl St., Room 1320
New York, NY 10007

RE:   United States v. Banky Adebanjo
      07 Cr. 816 (LAP)

Dear Hon. Preska:

① I am respectfully requesting a thirty (30) day adjournment of the Motion schedule in the above referenced matter. This request is being made with the consent of Assistant United States Attorney Margaret Garnett.

I am requesting this adjournment because I am discussing a possible Plea Disposition with my client, and in light of the fact that the Government is investigating another breach and set of victims that may be related to my client.

② If you grant my request for a thirty (30) day adjournment, I consent to excluding the time under Speedy Trial Act calculations. *Such exclusion is in the interest of justice. Time is excluded until August 3, 2008.*

Thank you in advance for considering my request.

Very truly yours,

Heller & Heller
By: Peter Toumbekis, Esq.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*June 30, 2008*

cc:   AUSA Margaret Garnett